UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert V. Towle

     v.                                      Civil No. 13-cv-106-PB

Peter H. Bornstein, et al.

## ORDER GRANTING MOTION TO PROCEED
## *IN FORMA PAUPERIS*

The plaintiff, an inmate at the New Hampshire State Prison ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Coos County Department of Corrections. The certificate evidences that over the last six months, the plaintiff's average deposits have been $0 and the plaintiff's average monthly balance has been $0. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance is $0 there shall be no initial filing fee assessed. Going forward, however, the plaintiff shall be responsible for monthly payments of 20% of each preceding month's income credited to his account, which shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 7), shall be forwarded by the Court to the Institutions inmate account department.

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: April 22, 2013

cc:  Robert V. Towle, pro se
     N.H. State Prison for Men Inmate Accounts