```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Robert V. Towle

       v.                         Civil No. 13-cv-106-PB

Hon. Timothy Vaughan, et al


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 7, 2013.


    SO ORDERED.

                                      /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

Date: August 20, 2013

cc:  Robert V. Towle, Pro se